UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DYSON B2B, INC. and<br>DYSON EXCHANGE LIMITED,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AAA KITCHEN & BATH DISTRIBUTOR,<br>INC.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 09-5203-GP<br>)<br>)<br>)<br>)<br>) |

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1), Plaintiffs Dyson B2B, Inc. and Dyson Exchange Limited and Defendant AAA Kitchen & Bath Distributor, Inc., through their respective and undersigned counsel, hereby stipulate to the dismissal of the entirety of this action with prejudice, each side to bear its own costs and fees.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By: _____<br>Paul J. Kennedy (I.D. No. 39291)<br>Larry R. Wood, Jr. (I.D. No. 72138)<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 981-4000<br>Facsimile: (215) 981-4750<br>*Counsel for Plaintiffs* | By: _____<br>Anthony J. DiMarino, III<br>A.J. DiMarino, P.C.<br>One Commerce Square, Suite 1930<br>2005 Market Street<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 599-2149<br>Facsimile: (215) 359-1350<br>*Counsel for Defendant* |
| Dated: December 17, 2009 | Dated: December 17, 2009 |